01-15-01018-CR

# CHRIS DANIEL



HARRIS COUNTY DISTRICT CLERK

November 30, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 10:37:07 AM
CHRISTOPHER A. PRINE
Clerk

CYNTHIA CLINE
ATTORNEY OF RECORD
10131 TWILA SPRINGS COURT
HOUSTON, TX 77095

Defendant's Name: DAVID KIRKLAND

Cause No: 1467730

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/23/15
**Sentence Imposed Date:** 11/19/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** CYNTHIA CLINE

Sincerely,

Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

RENEE REAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1467730

## THE STATE OF TEXAS

KIRKLAND, DAVID                    , A/K/A/ _____

V.

Q122/999/993

_179_ District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___11-20-2015___ (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

11-20-15

**Date**

DAVID KIRKLAND

**Defendant (Printed name)**

**Attorney (Signature)**

MICHAEL SLIDER

**Attorney (Printed name)**

24010404

**State Bar Number**

1314 TEXAS AVE STE 1200

**Address**

713-223-1776        HOUSTON, TX 77002

**Telephone Number**

FILED
Chris Daniel
District Clerk
NOV 20 2015
Time: _____
Harris County, Texas
By _____ Deputy

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X_____

**Defendant (Signature)**

DAVID KIRKLAND

**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___NOV 20 2015___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___11-20-2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

(☑) **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is (**GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☑ Defendant's / appellant's motion is **GRANTED** and

    ☑ ___CYNTHIA CLINE (04391300___ ) (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ _____

☐ TO **CONTINUE** as presently set.

(☑) **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: ___11-23-2015___

_____
JUDGE PRESIDING,
**179** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW No. ____,
HARRIS COUNTY, TEXAS

# PAUPER'S OATH ON APPEAL

CAUSE NO.: __1467730__

OFFENSE: __THEFT__

THE STATE OF TEXAS

__179__ DISTRICT COURT

VS.

OF

__KIRKLAND, DAVID__

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES __KIRKLAND, DAVID__, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

FILED
Chris Daniel
District Clerk
NOV 20 2015
Time: 11/20/15
Harris County, Texas

SUBSCRIBED AND SWORN to before me, this __20__ day of __Nov__ A.D., 20__15__.

_____
DEPUTY DISTRICT CLERK
DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On __11-20-2015__ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that __CYNTHIA CLINE__ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: __RENEE REAGAN__ by certified mail return receipt requested.

_____
JUDGE PRESIDING
__179__ DISTRICT COURT
HARRIS COUNTY, TEXAS          11/23/15

## AFFIRMATION

I, __Cynthia Cline__, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

__045913__
BAR/SPN NUMBER

__1101 Twila Sumer Ct.__
ADDRESS

__Houston    TX    77105__
CITY          STATE          ZIP

__713-893-791__
PHONE

__832201712__
FAX NUMBER

_____
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON __11-20-15__.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK



Cause No. 1442007 1467730

THE STATE OF TEXAS

v.

DAVID KIRKUM /Defendant

IN THE 179TH DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

FILED
Chris Daniel
District Clerk
Time: _____
AUG 06 2015
By _____
Harris County, Texas
Deputy

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☒ the defendant has waived the right of appeal.

___ this certification is made subsequent to a revocation of probation or adjudication of guilt.

AUG 06 2015

_____          _____
Judge                                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant                                        Defendant's Counsel

Mailing Address: _____          State Bar of Texas ID number: 24010404

Telephone number: _____          Mailing Address: 1314 Texas St 1200

Fax number (if any): _____          Telephone number: 7132231776

                                                         Fax number: _____

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only: (A) those matters that were raised by a written motion filed

# APPEAL CARD



1-18-16

Court __179__          Cause No. __1467730__

The State of Texas

Vs

__David Kirkland__

11-19-15

**Date Notice Of Appeal:** __11-23-15__

**Presentation:**          Vol._____ Pg._____

**Judgment:**          Vol._____ Pg._____

**Judge Presiding** __Kristin Guiney__

**Court Reporter** __Renee Reasan__

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** __Michael Slider__

**Attorney on Appeal** __Cynthia Cline__

Appointed __✓__ Hired _____

**Offense** __Theft__

**Jury Trial**          Yes_____ No __✓__

**Punishment Assessed** __45 yrs TDCJ-ID__

**Companion Cases (If Known)** __None__

**Amount of Appeal Bond** __40__

**Appellant Confined:**     Yes __✓__ No _____

**Date Submitted To Appeal Section** __11-25-15__

**Deputy Clerk** __LeDee L.__